IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JORGE SEGURA GOMEZ, 43810-177, | § | |
| Petitioner, | § | |
| | § | 3:14-CV-0479-B |
| v. | § | 3:12-CR-0011-B (3) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

On February 20, 2014 the Court entered findings, conclusions and a recommendation that this petition be dismissed because Petitioner's direct appeal was pending. On February 21, 2014, the Fifth Circuit Court of Appeals dismissed the appeal. The Court therefore VACATES its February 20, 2014 findings, conclusions and recommendation.

On March 18, 2014 the government filed a motion to strike Petitioner's fifty-page Memorandum because it exceeds the twenty-five page limitation contained in Local Rule 7.2(c). The Court GRANTS the motion. The Court grants Petitioner thirty days from the date of this order to file a Memorandum of no more than thirty pages. The government shall have sixty days from the date of the filing of Petitioner's Memorandum to file its answer.

IT IS SO ORDERED.

Signed this 17 day of March, 2014.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE